**Order entered August 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01759-CR

**NICHOLAS DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-58570-V**

## ORDER

The Court **ORDERS** court reporter Robin Benton to file, within **FIFTEEN DAYS** of the

date of this order, a supplemental record containing State's Exhibit no. 45, a CD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Robin

Benton, official court reporter, 292nd Judicial District Court, and to counsel for all parties.


/s/      LANA MYERS
         JUSTICE